Commonwealth *v.* Holloway, Appellant.

Argued September 19, 1973. *Christian T. Mattie, III,*

with him *Michael J. Stack, Jr.* and *O'Halloran, Stack & Smith,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.